FILED

08 MAY -7 PM 3:57

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury          08 CR 1444 DMS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JOSE ALFREDO AGUILAR-PEDRASA, ) aka Rodolfo Salinas, ) | |
| Defendant. ) | |

The grand jury charges:

On or about March 27, 2008, within the Southern District of California, defendant JOSE ALFREDO AGUILAR-PEDRASA, aka Rodolfo Salinas, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

WMC:fer:San Diego
5/5/08

It is further alleged that defendant JOSE ALFREDO AGUILAR-PEDRASA, aka Rodolfo Salinas, was removed from the United States subsequent to December 29, 2004.

DATED: May 7, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney