1  **ROBERT L. SWAIN**
   Attorney at Law
2  California Bar No. 144163
   964 Fifth Avenue, Suite 214
3  San Diego, California 92101
   Telephone: (619) 544-1494
4  Facsimile: (619) 544-1473
   E-mail: rls11@aol.com
5
   Attorney for Defendant **Aguilar-Pedrasa**
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **SOUTHERN DISTRICT OF CALIFORNIA**
9
                         **(HON. DANA M. SABRAW)**
10

11 | UNITED STATES OF AMERICA,           )  Case No. 08-CR-1444-DMS
                                        )
12 |         Plaintiff,                  )  Date: June 13, 2008
                                        )  Time: 11:00 a.m.
13 | v.                                  )
                                        )  **NOTICE OF MOTION AND**
14 | **JOSE ALFREDO AGUILAR-PEDRASA,**  )  **MOTION TO:**
                                        )  **1) COMPEL DISCOVERY; AND**
15 |         Defendant.                  )  **2) LEAVE TO FILE FURTHER**
                                        )  **MOTIONS**

16
17  TO:   KAREN L. HEWITT, UNITED STATES ATTORNEY, and
          AARON CLARK, ASSISTANT UNITED STATES ATTORNEY

18        PLEASE TAKE NOTICE that on Friday, June 13, 2008, at 11:00 a.m., or as soon

19  thereafter as counsel may be heard, the defendant, Jose Alfredo Aguilar-Pedrasa, by and

20  through his counsel, Robert L. Swain, will move this Court to grant the above-entitled

21  motions.

22  //
23  //
24  //
25  //
26  //
27  //
28  //

| | |
|---|---|
| 1 | **MOTIONS** |
| 2 | The defendant, Jose Alfredo Aguilar-Pedrasa, by and through his counsel, Robert L. |
| 3 | Swain, and pursuant to Rules 6(e), 12, and 16 of the Federal Rules of Criminal Procedure and |
| 4 | the Fourth, Fifth and Sixth Amendments to the United States Constitution, and all applicable |
| 5 | local rules, hereby moves this court to |
| 6 | 1) compel further discovery; and |
| 7 | 2) leave to file further motions |
| 8 | These motions are based upon the attached memorandum, the files and records in the |
| 9 | above-captioned matter, and any and all other evidence brought before this court before or |
| 10 | during the hearing on this motion. |

Respectfully submitted,

Dated: May 21, 2008

/s/  Robert L. Swain
**ROBERT L. SWAIN**
Attorney for Defendant

2