UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>**JOSE ALFREDO AGUILAR-PEDRASA,**<br><br>    Defendant. | Criminal No. 08-CR-1444-DMS<br><br>**PROOF OF SERVICE** |

I, ROBERT L. SWAIN, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

I am not a party to the above-entitled action. I served the within **NOTICE OF MOTIONS AND MOTIONS TO COMPEL DISCOVERY AND LEAVE TO FILE FURTHER MOTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS**, on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

    Judge Dana M. Sabraw efile_Sabraw@casd.uscourts.gov.

    Assistant United States Attorney aaron.clark@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2008

                      /s/ Robert L. Swain
                      ROBERT L. SWAIN