1  **ROBERT L. SWAIN**
   California State Bar No. 144163
2  Attorney at Law
   964 Fifth Avenue, Suite 214
3  San Diego, California 92101
   Telephone: (619) 544-1494
4  Facsimile: (619) 544-1473
   e-mail: rls11@aol.com
5
   Attorney for Defendant **Aguilar-Pedrasa**
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **SOUTHERN DISTRICT OF CALIFORNIA**
9
                         (**HON. DANA M. SABRAW**)
10

11 | UNITED STATES OF AMERICA,          )   Case No.08-CR-1444-DMS
                                         )
12 |        Plaintiff,                  )
                                         )
13 | v.                                 )
                                         )   **JOINT MOTION TO CONTINUE**
14 | **JOSE ALFREDO AGUILAR-PEDRASA**,  )   **MOTION HEARING**
                                         )
15 |                                    )
            Defendant.                   )
16 |_____    )

17

18     IT IS HEREBY REQUESTED by the parties in the case, defendant Jose Alfredo

19 Aguilar-Pedrasa, by and through his counsel, ROBERT L. SWAIN, and the United States

20 Attorney's Office, by and through Assistant United States Attorney AARON B. CLARK,

21 that the motion hearing scheduled for July 25, 2008, at 11:00 a.m., in the above entitled case,

22 be continued until September 12, 2008, at 11:00 a.m.

23     The undersigned Counsel, Robert L. Swain, called the court's courtroom deputy to

24 obtain the new hearing date and this date is agreeable to all parties. The parties further agree

25 that the additional time is excludable under the Speedy Trial Act.

26 //

27 //

28

1  Date: July 21, 2008                s/Aaron B. Clark
                                      **AARON B. CLARK**
2                                     Assistant United States Attorney

3

4  Date: July 21, 2008                s/Robert L. Swain
                                      **ROBERT L. SWAIN**
5                                     Attorney for Defendant Aguilar-Pedrasa

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28