**ROBERT L. SWAIN**
California State Bar No. 144163
Attorney at Law
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone: (619) 544-1494
Facsimile: (619) 544-1473
e-mail: rls11@aol.com

Attorney for Defendant **Aguilar-Pedrasa**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(**HON. DANA M. SABRAW**)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             )<br>     Plaintiff,  )<br>             )<br>     v.  )<br>             )<br>**JOSE ALFREDO AGUILAR-PEDRASA**,  )<br>             )<br>     Defendants.  )<br>  ) | Case No. 08-CR-1444-DMS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

   I, ROBERT L. SWAIN, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

   I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Motion Hearing on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

   Judge Dana M. Sabraw   efile_Sabraw@casd.uscourts.gov.

   Assistant United States Attorney aaron.clark@usdoj.gov

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2008.

                              /s/   Robert L. Swain
                              ROBERT L. SWAIN