# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(**HON. DANA M. SABRAW**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-1444-DMS |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **JOSE ALFREDO AGUILAR-PEDRASA,** | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the motion hearing for defendant, JOSE ALFREDO AGUILAR-PEDRASA, currently scheduled for July 25, 2008, at 11:00 a.m., be continued to September 12, 2008, at 11:00 a.m.

**SO ORDERED.**

DATED: July 21, 2008

_____
HON. DANA M. SABRAW
United States District Judge