1  **ROBERT L. SWAIN**
   Attorney at Law
2  California Bar No. 144163
   964 Fifth Avenue, Suite 214
3  San Diego, California 92101
   Telephone: (619) 544-1494
4  Facsimile: (619) 544-1473
   E-mail: rls11@aol.com
5
   Attorney for Defendant **Aguilar-Pedrasa**
6

7
                    **UNITED STATES DISTRICT COURT**
8
                   **SOUTHERN DISTRICT OF CALIFORNIA**
9
                        **(HON. DANA M. SABRAW)**
10

11 UNITED STATES OF AMERICA,         )   Case No. 08-CR-1444-DMS
                                     )
           Plaintiff,                )   Date: September 12, 2008
12                                   )   Time: 11:00 a.m.
   v.                                )
13                                   )   **NOTICE OF MOTION AND**
   **JOSE ALFREDO AGUILAR-PEDRASA,** )   **MOTION TO:**
14                                   )   **1) DISMISS THE INDICTMENT;**
                                     **)**    **AND**
15         Defendant.                )   **2) LEAVE TO FILE FURTHER**
                                     )        **MOTIONS**
16 _____)

17 TO:   KAREN L. HEWITT, UNITED STATES ATTORNEY, and
         AARON CLARK, ASSISTANT UNITED STATES ATTORNEY
18
         PLEASE TAKE NOTICE that on Friday, September 12, 2008, at 11:00 a.m., or as
19
   soon thereafter as counsel may be heard, the defendant, Jose Alfredo Aguilar-Pedrasa, by and
20
   through his counsel, Robert L. Swain, will move this Court to grant the above-entitled
21
   motions.
22
   //
23
   //
24
   //
25
   //
26
   //
27
   //
28
   //

## **MOTIONS**

The defendant, Jose Alfredo Aguilar-Pedrasa, by and through his counsel, Robert L. Swain, and pursuant to Rules 6(e), 12, and 16 of the Federal Rules of Criminal Procedure and the Fourth, Fifth and Sixth Amendments to the United States Constitution, and all applicable local rules, hereby moves this court to

    1) dismiss the indictment; and

    2) leave to file further motions

These motions are based upon the attached memorandum, the files and records in the above-captioned matter, and any and all other evidence brought before this court before or during the hearing on this motion.

                                                  Respectfully submitted,

Dated: August 14, 2008                  /s/   Robert L. Swain
                                                  **ROBERT L. SWAIN**
                                                  Attorney for Defendant