# EXHIBIT A
## DEPORTATION DOCUMENTS

Case 3:08-cr-01444-DMS    Document 14-3    Filed 08/14/2008    Page 1 of 12

U.S. Department of Justice
Immigration and Naturalization Service

# Notice to Appear

In removal proceeding under section 240 of the Immigration and Nationality Act.

In the Matter of:

File No. **A77 295 156**

Respondent: Mr. Jose Alfredo AGUILAR-Pedrasa          AKA:

**INS CUSTODY**

(Number, street, city, state and ZIP code)          (Area code and phone number)

- ☐ 1. You are an arriving alien.
- ☒ 2. You are an alien present in the United States, who has not been admitted or paroled.
- ☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of Mexico and a citizen of Mexico;
3. You entered the United States at or near San Ysidro, California, on or about June, of 1999;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended in that you are an alien present in the United States without being admitted or paroled, or who has arrived in the United States at any time or place other that as designated by the Attorney General.

- ☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.
- ☐ Section 235(b)(1) order was vacated pursuant to:   ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

__300 N. Los Angeles Street, 8th Floor, Los Angeles, CA 90012__
(Complete Address of Immigration Court, Including Room Number, if any)

on __TO BE SET__ at __TO BE SET__ to show why you should not be removed from the United States based on the
   (Date)           (Time)
Charge(s) set forth above.

_____
Deputy Assistant District Director, Investigations
(Signature and Title of Issuing Officer)
Los Angeles, California
(City and State)

Date: **November 30, 1999**

See reverse for important information

118

**Warning:** Any Statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

---

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration Judge.

_____
(Signature of Respondent) José Alfredo Agui

Before: O'Brien DO
(Signature and Title of INS Officer)

Date: 12/1/99

### Certificate of Service

This Notice to Appear was served on the respondent by me on 12/1/99, in the following manner and in compliance with section 239(a)(1)(F) of the Act:

Spanish

[X] in person    [ ] by certified mail, return receipt requested    [ ] by regular mail

[X] Attached is a list of organizations and attorneys which provide free legal services.

[ ] The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

José Alfredo Aguilar P.
(Signature of Respondent if Personally Served)

O'Brien DO
(Signature and Title of Officer)

119

File No: <u>A77 295 156</u>

Date: <u>November 30, 1999</u>

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

☒ detained in the custody of this service.

☐ released under bond in the amount of $ _____ .

☐ released on your own recognizance.

☒ You may request a review of this determination by an immigration judge.

☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

_____
Deputy Assistant District Director, Investigations
(Title of authorized officer)

Los Angeles, California
(INS office Location)

☒ do  ☐ do not request a redetermination of this custody decision by an immigration judge.
☒ I acknowledge receipt of this notification.

<u>Jose Alfredo Aguilar P.</u>                 <u>12/1/99</u>
(Signature of respondent)                      (Date)

**RESULT OF CUSTODY REDETERMINATION**

On _____ , custody status/conditions for release were reconsidered by:

☐ Immigration Judge          ☐ District Director          ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:
☐ No change - Original determination upheld.
☐ Detain in custody of this Service.
☐ Bond amount reset to _____

☐ Release - Order of Recognizance.
☐ Release - Personal Recognizance.
☐ Other: _____

_____
(Signature of officer)

Form I-286 (Rev. 4-1-97) N

123

UNITED STATES DEPARTMENT OF JUSTICE
U.S. IMMIGRATION COURT
OFFICE OF THE IMMIGRATION JUDGE

In the Matter of: )
)
Jose )                    FileNo. A77295156
AGUILAR-Pedrasa )
_____)

## NOTICE OF FILING NOTICE TO APPEAR

This notice is to advise you that the Notice to Appear issued to you on 12/01/1999 at Los Angeles, CA will be filed with the Office of the Immigration Judge at:

U.S. Immigration Court
Office of the Immigration Judge
1000 Second Avenue, Suite 2500
Seattle, WA 98104

You should direct all correspondence concerning your removal case to this address. You are reminded that you are required to provide written notice, on the form EOIR-33, within five (5) days of any change in your address or telephone number to the U.S. Immigration Court listed in this notice.

## CERTIFICATE OF SERVICE

This Notice of Filing of the Notice to Appear with the U.S. Immigration Court was served by me on 12/7/99.

Dated: 12/7/99                             By: Michele O'Brien
                                               Deportation Officer

120

U.S. Department of Justice  
Immigration and Naturalization Service

# Notice to Appear

In removal proceeding under section 240 of the Immigration and Nationality Act.

File No. **A77 295 156**

In the Matter of:

Respondent: Mr. Jose Alfredo AGUILAR-Pedrasa       AKA:

**INS CUSTODY**

(Number, street, city, state and ZIP code)       (Area code and phone number)

- ☐ 1. You are an arriving alien.
- ☒ 2. You are an alien present in the United States, who has not been admitted or paroled.
- ☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1. You are not a citizen or national of the United States;
2. You are a native of Mexico and a citizen of Mexico;
3. You entered the United States at or near San Ysidro, California, on or about June, of 1999;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended in that you are an alien present in the United States without being admitted or paroled, or who has arrived in the United States at any time or place other that as designated by the Attorney General.

- ☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.
- ☐ Section 235(b)(1) order was vacated pursuant to:   ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

300 N. Los Angeles Street, 8th Floor, Los Angeles, CA 90012  
(Complete Address of Immigration Court, Including Room Number, if any)

on __TO BE SET__ at __TO BE SET__ to show why you should not be removed from the United States based on the  
  (Date)          (Time)  
Charge(s) set forth above.

_[signature]_  
Deputy Assistant District Director, Investigations  
(Signature and Title of Issuing Officer)  
Los Angeles, California  
(City and State)

Date: November 30, 1999

See reverse for important information

121

File No. A77 295 156

Date: November 30, 1999

To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:

From evidence submitted to me, it appears that:

Mr. Jose Alfredo AGUILAR-Pedrasa
_____
(Full name of alien)

an alien who entered the United States at or near ___San Ysidro, California___ on
(Port)
___June, of 1999___ is within the country in violation of the immigration
(Date)
laws and is therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By the virtue of the authority vested in me by the immigration laws of the United States and the Regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

_Frank E. Johnston_ (signature)

Frank E. Johnston
(Print name of official)

**Deputy Assistant District Director, Investigations**
(Title)

**Certificate of Service**

Served by me at ___Los Angeles___ on ___12/1/99___ at ___1000___.
I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

___O'Brien___
(Signature of officer serving warrant)

___DO/1438___
(Title of officer serving warrant)

Form I-200(Rev. 4-1-97)N

122

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
1000 SECOND AVE., SUITE 2500
SEATTLE, WA 98104

In the Matter of:                    Case No.: A77-295-156
AGUILAR-PEDRASA, JOSE ALFREDO

RESPONDENT                           IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the respondent is subject to removal on the charge(s) in the Notice to Appear.

Respondent has made no application for relief from removal.

It is HEREBY ORDERED that the respondent be removed from the United States to MEXICO on the charge(s) contained in the Notice to Appear.

If you fail to appear for removal at the time and place ordered by the INS, other than because of exceptional circumstances beyond your control (such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances), you will not be eligible for the following forms of relief for a period of ten (10) years after the date you were required to appear for removal:

   (1) Voluntary departure as provided for in section 240B of the Immigration and Nationality Act;
   (2) Cancellation of removal as provided for in section 240A of the Immigration and Nationality Act; and
   (3) Adjustment of status or change of status as provided for in section 245, 248 or 249 of the Immigration and Nationality Act.

ANNA HO
Immigration Judge
Date: Jan 27, 2000

Appeal: (WAIVED) (A/I/B)
Appeal Due By: Feb 28, 2000

CDA

116

A-77-295-156

```
                       CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)   PERSONAL SERVICE (P)
TO:    [ ] ALIEN   [M] ALIEN c/o Custodial Officer   [ ] Alien's ATT/REP   [P] INS
DATE:  ___12/7/00___            BY: COURT STAFF    _____
       Attachments:   [ ] EOIR-33   [ ] EOIR-28   [ ] Legal Services List   [ ] Other
```

Form EOIR 7 - 4T (REMOVAL Order)

| U.S. Department of Justice | Warning to Alien Ordered Removed or Deported |
|---|---|
| Immigration and Naturalization Service | |

File No: A77 295 156

Date: 01/31/2000

Alien's full name: AGUILAR-Pedrosa, Jose Alfredo

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident.

☐ For a period of 10 years from the date of your departure from the United States because you have been found:
  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  ☒ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.
  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
  ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of a United States district court, or a magistrate of a United States magistrate court.

☐ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:
  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.
  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
  ☐ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or office of the Immigration and Naturalization Service. Refer to the above file number when requesting forms or information.

**WARNING:** Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Attorney General's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

_____ _____ _____
(Signature of officer serving warning)    Enforcement Officer              Seattle DD&P
                                          (Title of Officer)                (Location of INS office)

Form I-295 (Rev. 6-1-97)N

U.S. Department of Justice — Case 3:08-cv-01444-DMS   Document 14-3   Filed 08/14/2008   Page 11 of 12
Immigration and Naturalization Service

# Warrant of Removal/Deportation

File No: A77 295 156

Date: 01/31/2000

**To any officer of the United States Immigration and Naturalization Service:**

AGUILAR-Pedrasa, Jose Alfredo
(Full name of alien)

who entered the United States at  San Ysidro, CA.  on  June 1999
                                  (Place of entry)                (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☒ an immigration judge in exclusion, deportation or removal proceedings
- ☐ a district director or a district director's designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

Section 212(a)(6)(A)(i)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

The appropriation "Salaries and Expenses, Immigration and Naturalization Service 2000 including the expenses of an attendant if necessary."

Robert S. Coleman Jr.
(Signature of INS official)

Acting District DIrector
(Title of INS official)

01/31/2000   Seattle DD&P
(Date and office location)

Form I-205 (Rev. 4-1-97) N

113

To be completed by Service officer executing the warrant:
Name of alien being removed:

AGUILAR-Pedrasa,        Jose Alfredo

Port, date, and manner of removal: _Pow   02/01/2000   A-j-ct_

Photograph of alien removed — AGUILAR - Jose

Right index fingerprint of alien removed

_Jose Alfredo Aguilar P._
(Signature of alien being fingerprinted)

_____ DEO
(Signature and title of INS official taking print)

Departure witnessed by: _____
(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of INS official)

Form I-205 (Rev. 4-1-97) N