UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**JOSE ALFREDO AGUILAR-PEDRASA,**<br><br>　　　　Defendant. | Criminal No. 08-CR-1444-DMS<br><br>**PROOF OF SERVICE** |

　　　I, ROBERT L. SWAIN, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

　　　I am not a party to the above-entitled action. I served the within **NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT AND LEAVE TO FILE FURTHER MOTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION; AND EXHIBIT A, DEPORTATION DOCUMENTS**, on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

　　　Judge Dana M. Sabraw  efile_Sabraw@casd.uscourts.gov.

　　　Assistant United States Attorney  aaron.clark@usdoj.gov

　　　I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2008

　　　　　　　　　　　　　　/s/   Robert L. Swain
　　　　　　　　　　　　　　ROBERT L. SWAIN